DAVID W. VROMAN, Administrator, etc., of SUSAN VROMAN, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23773.) — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

AUGUSTA W. ROWLEY, as Administrator, etc., of FRANK M. WEYLAND, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23774.) — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

EVELYN R. SNYDER, as Executrix, etc., of AUGUSTA W. WEYLAND, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23778.) — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.